**Order entered December 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01315-CV

## IN RE GARY ISAAC, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F00-00858**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus.

/s/    DAVID J. SCHENCK
       JUSTICE